IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01117-RPM-MJW

JOSE A. SANCHEZ,

Plaintiff(s),

v.

GEBHARDT AUTOMOTIVE, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's First Amended Motion to Reschedule Settlement Conference, DN 17, filed with the Court on September 11, 2009, and Defendant's Second Motion to Reschedule Settlement Conference, DN 16, filed with the Court on September 11, 2009, are both GRANTED. The Settlement Conference set on September 16, 2009, at 2:00 p.m., is VACATED and is RESET on December 16, 2009, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their confidential settlement statements to the court on or before December 10, 2009.

Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference.

Date:   September 14, 2009