IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Richard P. Matsch**

Civil Action No. 1:09-cv-01117-RPM-MJW

JOSE A. SANCHEZ,

    Plaintiff,

v.

GEBHARDT AUTOMOTIVE, INC.

    Defendant.

---

**ORDER VACATING SETTLEMENT CONFERENCE**

( Docket No 20 )

---

Upon the basis of the pleadings filed and for good cause shown, it is, hereby,

ORDERED, ADJUDGED and DECREED as follows: (1) Defendant's Unopposed Motion to Vacate Settlement Conference is Granted; (2) The Settlement Conference set for December 16, 2009, is hereby VACATED. The parties are also relieved from their obligation to file a Confidential Settlement Statement on or before December 10, 2009.

ENTERED this the 9th day of December 2009,

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO