IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-01117-RPM-MJW

JOSE A. SANCHEZ,

      Plaintiff,

v.

GEBHARDT AUTOMOTIVE, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [23], filed on February 2, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated: February 3rd, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge